IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

                Plaintiff,             JUDGMENT IN A CIVIL CASE

v.                                          13-cv-395-bbc

WILLIAM POLLARD and GREFF,

                Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants William Pollard and Greff dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 8/26/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |